```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**VIRGINIA HARDWAY,**

      **Plaintiff,**

v.                                  Civil Action No. 2:14-cv-07339

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

      **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered on February 17, 2015; and the magistrate judge having recommended that the court grant plaintiff's motion for remand and deny defendant's request to affirm the final decision of the Commissioner; and the magistrate judge having further recommended that the court dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.  The Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

    2.  The plaintiff's motion to remand be, and it hereby is,

granted;

3. The defendant's request to affirm the decision of the Commissioner be, and it hereby is, denied; and

4. The case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: March 10, 2015

John T. Copenhaver, Jr.
United States District Judge